No. 1503, Misc.   DELLA VALLE v. WARDEN, CLINTON PRISON, ET AL.   App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 1506, Misc.   COLON v. UNITED STATES.   C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1509, Misc.   HANSON v. OREGON.   Sup. Ct. Ore. Certiorari denied. *Edwin J. Peterson* for petitioner. *George Van Hoomissen* and *Jacob B. Tanzer* for respondent.

No. 1511, Misc.   COPELAND v. FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF LAKE COUNTY ET AL.   Sup. Ct. Fla.   Certiorari denied.

No. 1516, Misc.   FAIRCHILD v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 1519, Misc.   PEMBERTON v. OHIO.   Sup. Ct. Ohio. Certiorari denied. *Lee C. Davies, Robert K. Lewis, Jr.,* and *Louis A. Dirker* for petitioner. *James V. Barbuto* and *Stephan M. Gabalac* for respondent.

No. 1520, Misc.   OPPENHEIMER v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied. *Caryl Warner* for petitioner.

No. 1523, Misc.   WEBB, AKA DAVIS v. CLINE ET AL. C. A. 5th Cir.   Certiorari denied. *John A. Nelson* for petitioner. *Julian D. Clarkson* and *Charles M. Roberts* for respondents.